ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID R. FILO,<br><br>Defendant. | Case No. 5:26-po-00084-CDB<br><br>[Citation #E2549468 CA/71]<br><br>MOTION AND ORDER FOR DISMISSAL AND TO VACATE TRIAL DATE<br><br>TRIAL DATE: September 2, 2026, at 10:00 a.m. |

The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 5:26-po-00084-CDB [Citation #E2549468 CA/71] against DAVID R. FILO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The United States further moves to vacate the trial date of September 2, 2026, in the interest of justice.

DATED: July 21, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:26-po-00084-CDB [Citation #E2549468 CA/71] against DAVID R. FILO is dismissed, without prejudice, in the interest of justice, and that the trial date of September 2, 2026, is hereby vacated.

IT IS SO ORDERED.

Dated: **July 21, 2026**

UNITED STATES MAGISTRATE JUDGE